**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1020

RANDALL SOUSA,

Plaintiff - Appellant,

v.

CIRCUIT COURT OF FAIRFAX COUNTY; WILLBERG TEDDY CHAPILLIQUEN; THE HONORABLE DAVID BERNHARD; THE HONORABLE CHARLES S. SHARP,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Michael Stefan Nachmanoff, District Judge. (1:21-cv-01304-MSN-JFA)

Submitted: May 18, 2023                                Decided: May 23, 2023

Before NIEMEYER, RICHARDSON, and RUSHING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Randall Sousa, Appellant Pro Se.  Sheri H. Kelly, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Abingdon, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randall Sousa seeks to appeal the district court's order granting Defendants' motion to dismiss Sousa's civil claims. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order and judgment on November 17, 2022. Sousa filed the notice of appeal on January 5, 2023. Because Sousa failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2